Let's first take out of order Febronio v. Gonzales. On this, Your Honor, we agree that there's a significant possibility that we could settle this through mediation. So we're asking that the Court send this to mediation. Sure. We will order the case to mediation, and we will defer submission of the case for 60 days or until further order of the Court. Wonderful. May I, however, make an observation? Mr. Jobe, this is to you, having absolutely nothing to do with you personally, because I would be pleased to see you on all immigration cases. The procedure through which you got involved in this case, however, is of some concern to me, because, as I understand it, a motions panel of our Court appointed you, in effect, as amicus counsel. And there's been no substitution of counsel. And I would suggest, I think that's a very peculiar procedure in a civil case, where there is, in fact, counsel of record. As I said, this has nothing to do with you. But for purposes of both this case and perhaps in the future, should it come up, it might be advisable for you to substitute in as at least co-counsel. Yes, Your Honor. Rather than to remain in an amicus status. In a sense. Thank you, Your Honor. Okay. And thank you both for your willingness to try hard. It's a very worthy effort. We appreciate it. Thank you. And excellent briefs, both sides. Thank you.
judges: Rymer, Wardlaw, Ware